# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM TWO TWO, | : | Civil No. 1:17-CV-02222 |
| Plaintiff, | : | |
| v. | : | |
| NAPA TRANSPORTATION, INC. *et al.* | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 8th day of September, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motion for summary judgment (Doc. 57) is **GRANTED IN PART AND DENIED IN PART**.

2. The motion is granted as to Plaintiff's Title VII race discrimination claim and as to any hostile work environment, retaliation, or negligence claims.

3. The motion is denied as to Plaintiff's race discrimination claim under 42 U.S.C. § 1981 and as to Plaintiff's request for punitive damages.

4. A status conference is scheduled for **October 28, 2020 at 10:00 a.m.** The conference will be by telephone. Plaintiff's counsel shall arrange a

call-in number and pass code, and provide that information to the court and opposing counsel at least one hour prior to the call.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania